IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAXIMUS PROPHET,
    Movant/Petitioner,
    v.
UNITED STATES OF AMERICA

: Case 3:07-cr-25-KRG-KAP
: Case 3:15-cv-211-KRG-KAP

### Memorandum Order

Petitioner's pleading at docket no. 63 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 20, 2015, docket no. 64, recommending that the pleading be regarded as a petition for a writ of habeas corpus under 28 U.S.C.§ 2241 and be summarily denied under 28 U.S.C.§ 2243. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed timely objections at docket no. 65.

After de novo review of the record of this matter together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 10th day of September, 2015, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark Civil No. 3:15-cv-211-KRG-KAP (W.D.Pa.) closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Maximus Prophet, Reg. No. 11231-068
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940